IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARTHA A. CHURCHILL,

    Plaintiff,

vs.                                        CIVIL NO. 01-378 RLP/LFG

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

## JUDGMENT

Pursuant to the Memorandum Opinion and Order, which accompanies this Judgment, this case is dismissed without prejudice.

                                          RICHARD L. PUGLISI
                                    United States Magistrate Judge
                                      (Sitting by designation)